# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINETTE DELISSE, | )<br>) |
| Plaintiff, | )  Case No. 2:13-cv-00780-MMD-PAL<br>) |
| vs. | )  **ORDER**<br>) |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered May 3, 2013, regarding removal of this case to federal district court. On May 10, 2013, Defendant filed a signed Statement (Dkt. #7) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., August 8, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 25th day of July, 2013.

_____
Peggy A. Leen
United States Magistrate Judge