RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
mwagner@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant,*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINETE DELISSE,<br>          Plaintiff,<br>vs.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I – V and ROES VI – X, inclusive,<br>          Defendant. | Case No:  2:13-CV-00780-MMD-PAL<br><br>**JOINT STATUS REPORT REGARDING REMOVED ACTION** |

The parties hereto respectfully submit the following as their Status Report in this matter.

**1.**  **STATUS OF PROCEEDINGS:**

The parties filed a Joint Status Report on May 27, 2014, at the Court's directive, and again on June 23, 2014.  At that time, the parties were engaged in substantive settlement discussions with the intent to resolve this matter expeditiously and economically.  The parties jointly proposed to file a Joint Pretrial Order by August 11, 2014, or as otherwise ordered by this Court.

At this point, the parties *continue to be engaged in substantive settlement negotiations*.  In addition, counsel have been on contact with lienholders and their respective principals with the intent to resolve this matter short of trial.  Due to these ongoing discussions,

the parties hereby request an additional 21 days in which to continue settlement negotiations. The parties jointly propose to file a Joint Pretrial Order by September 2, 2014, or as otherwise directed by this Court, should settlement not be reached by that time.

As of the date of this report, the parties have conducted discovery, consisting of, but not limited to, written discovery, depositions, and designation of expert witnesses. The discovery cutoff in this matter was March 6, 2014.

No dispositive motions have been filed.

DATED this __11th__ day of August, 2014.

| GABROY LAW OFFICES | DENNETT WINSPEAR, LLP |
|---|---|
| By  /s/ Christian Gabroy<br>CHRISTIAN GABROY, ESQ.<br>Nevada Bar No. 8804<br>170 South Green Valley Parkway, #280<br>Henderson, Nevada  89012<br>Telephone: (702) 259-7777<br>Facsimile:   (702) 259-7704<br>Attorneys for Plaintiff,<br>***ANTOINETTE DELISSE*** | By  /s/ Matthew J. Wagner<br>MATTHEW J. WAGNER, ESQ.<br>Nevada Bar No. 011311<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada  89129<br>Telephone:    (702) 839-1100<br>Facsimile:      (702) 839-1113<br>Attorneys for Defendant<br>***STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*** |

**IT IS ORDERED** that the parties shall have until **September 2, 2014,** to file the Joint Pretrial Order.

**DATED** this 15th day of August, 2014.

_____
Peggy A. Leen
United States Magistrate Judge