GUS W. FLANGAS, ESQ.
Nevada Bar No. 004989
E-mail: gwf@fdlawlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
E-mail: jkp@fdlawlv.com
**FLANGAS DALACAS LAW GROUP**
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452

CHRISTIAN GABROY, ESQ.
Nevada Bar No. 008805
E-mail: Christian@gabroy.com
**GABROY LAW OFFICES**
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Telephone: (702) 259-7777
Facsimile: (702) 259-7704

*Attorneys for Plaintiff, Antoinette Delisse*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTOINETTE DELISSE, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I - V and ROES VI - X, inclusive, <br><br> Defendants. | Case No. 2:13-cv-00780-RFB-PAL <br><br> **STIPULATION AND ORDER TO CONTINUE JURY TRIAL CURRENTLY SET FOR JANUARY 7, 2019 & TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITIONS TO DEFENDANT'S MOTIONS IN LIMINE** <br> (First Request) |

<u>**STIPULATION AND ORDER TO CONTINUE JURY TRIAL CURRENTLY SET FOR JANUARY 7, 2019 & TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITIONS TO DEFENDANT'SMOTIONS IN LIMINE**</u>

COME NOW the parties, by and through their respective undersigned counsel and file this

Stipulation & Order to Continue the Trial currently set for January 7, 2019 and to Extend the Time

for Plaintiff to File Oppositions to Defendants Motions in Limine (ECF 32-ECF42) Pursuant to

Local Rules IA 6-1 and 16-3, and in support thereof show the Court as follows:

**I.     FACTUAL BACKGROUND**

A Jury Trial in this matter is currently scheduled to resume on January 7, 2019. Plaintiff's

1   Trial counsel Gus W. Flangas, Esq., has recently been caring for his father who is in the later stages

2   of Parkinson's and Alzheimers. The doctor's have indicated that it could be days or it could be a few

3   months before he passes, but Mr. Flangas needs to be able to be at his father's bedside at a moment's

4   notice when the time comes. As such, he cannot be in the middle of a Trial, especially a jury trial

5   and have to leave on a moments notice to get to his father. Mr. Flangas explained this to

6   Defendant's counsel who has graciously agreed to stipulate to moving the Trial to either the week

7   of March 4, 2019; March 25, 2109; April 8, 2019; April 15, 2019; or April 22, 2019, based on the

8   Court's availability. Therefore, the parties respectfully request that the Court enter an Order vacating

9   the January 7, 2019 Trial date and resetting the Jury Trial in accordance with one of the foregoing

10  proposed dates.

11       Additionally, in light of the upcoming jury trial, Defendant filed six (6) Motions in Limine

12  ECF 32, 34, 36, 38, 40 and 42 on December 7, 2018. Plaintiff would have until December 24, 2018

13  to file any Opposition. However, in light of the parties agreement to move the Trial Date, the parties

14  also stipulate to extending the time to file the Oppositions to the motions in Limine in accordance

15  with the new date the Court picks for the Trial. So by way of example, if the Court were to choose

16  the week of April 22, 2019 for the Trial, the date for filing the motions would be artificially set as

17  March 22, 2019 which would make the Oppositions due on April 8, 2019. Therefore the parties

18  stipulate to extending the due date for the Oppositions to a date in the future to be determined based

19  on the scheduling of the Jury Trial.

20

21

22

23

24

25

26

27

28

No previous requests or extensions for request for continuance of Jury Trial or request for extension of time in which to file the Opposition to the Motions in Limine in this matter have been requested.

Dated this 12th day of December, 2018

Dated this 12th day of December, 2018

GUS W. FLANGAS, ESQ.
Nevada Bar No. 004989
gwf@fdlawlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 010671
jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
**Facsimile: (702) 382-9452**

CHRISTIAN GABROY, ESQ.
Nevada Bar No. 008805
E-mail: Christian@gabroy.com
GABROY LAW OFFICES
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Telephone: (702) 259-7777
Facsimile: (702) 259-7704
*Attorneys for Plaintiff, Antoinette Delisse*

/s/ Matthew J. Wagner, with permission
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
mwagner@dennettwinspear.com
DENNETT WINSPEAR, LLP

### ORDER

Based on the foregoing Stipulation of the Parties:

**IT IS ORDERED** that the Jury Trial in this matter currently set for January 7, 2019 be vacated and be reset to the _8th_ day of _April_____, 2019_ at 9:00 AM .

**IT IS FURTHER ORDERED** that any Opposition to the Motions in Limine shall be due on the _15th_ day of _March_____, 2019.

IT IS FURTHER ORDERED that Calendar call set for January 2, 2019 at 2:00 PM is vacated and reset to  April 2, 2019 at 3:00 PM.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 27, 2018.

Respectfully Submitted by:

GUS W. FLANGAS, ESQ.
Nevada Bar No. 004989
E-mail: gwf@fdlawlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 010671
E-mail: jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146

CHRISTIAN GABROY, ESQ.
Nevada Bar No. 008805
E-mail: Christian@gabroy.com
GABROY LAW OFFICES
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Telephone: (702) 259-7777
Facsimile: (702) 259-7704

_Attorneys for Plaintiff, Antoinette Delisse_

| | |
|---|---|
| **From:** | Matt Wagner [mwagner@dennettwinspear.com] |
| **Sent:** | Wednesday, December 12, 2018 12:30 PM |
| **To:** | Jessica Peterson |
| **Cc:** | 'Christian Gabroy'; gwf@fdlawlv.com |
| **Subject:** | RE: SAO |

It looks okay to me. Go ahead and e-sign on my behalf. Thank you.

MATTHEW J. WAGNER, ESQ.
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
702.839.1100 - Phone
702.839.1113 - Fax

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message may be an Attorney-Client communication, or may be an Attorney Work Product, and is therefore privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you received this message in error, please notify the sender immediately by return email, delete the message and return any hard copy printouts to the address above. Thank you.

**From:** Jessica Peterson <jkp@fdlawlv.com>
**Sent:** Wednesday, December 12, 2018 12:08 PM
**To:** Matt Wagner <mwagner@dennettwinspear.com>
**Cc:** 'Christian Gabroy' <christian@gabroy.com>; gwf@fdlawlv.com
**Subject:** SAO

Matt:
Per our conversation yesterday here is the SAO. Christian and I had missed each other's phone calls that I would be handling this so I apologize for any confusion on your end re: the e-mail you received from him. Please review and let me know if you have any changes or revisions to this, if you do not please send me an e-mail indicating that I have permission to utilize your electronic signature, so that I can get it on file. Thank you again for your professional courtesy regarding this matter.

Sincerely
Jessica

**JESSICA K. PETERSON, ESQ.**
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Phone: (702) 307-9500 Direct: (702) 971 - 2251
Fax: (702) 382-9452

This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-